

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2017

No. 04-17-00025-CV

**FE EXPRESS, LLC**, Francisco Javier Bernal and Hector Lopez,
Appellants

v.

Maria Isabel Serna **CONTRERAS**, as Next Friend and Guardian of Samara Isabella Morales Serna and Samantha Isabel Morales Serna, Minor Children, and as Administrator of the Estate of Samuel Morales Castillo, Deceased,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014CVT001295 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice (not participating)

Appellants have filed an emergency motion for stay of enforcement pending review of the trial court's supersedeas ruling. We order that the enforcement of the judgment is suspended pending further order of this court.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk